UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ZAKARIA KHAFAGY, CHRISTOPHER HORSFORD,
on behalf of themselves and all others
similarly situated,

                            Plaintiffs,                   JUDGMENT

    v.

                                            23-cv-08904-DLI-MMH

AMERICAN MULTI-CINEMA, INC.,

                            Defendant.
-----------------------------------------------------------------X

An Order of the Honorable Dora L. Irizarry, United States District Judge, having been

filed on April 12, 2024, dismissing this case for lack of subject matter jurisdiction; it is

ORDERED and ADJUDGED that this case is dismissed for lack of subject matter

jurisdiction.

Dated:  Brooklyn, New York                          Brenna B. Mahoney
        June 11, 2024                            Clerk of Court

                                       By:    /s/Jalitza Poveda
                                             Deputy Clerk